UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **EDCV 21-1787-MWF(SHKx)**                              Dated: **April 29, 2022**

Title:    Kimberly E. Reyes -v- Geodis Logistics, LLC, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                    None Present

PROCEEDINGS (IN CHAMBERS):  COURT ORDER

   In light of the Mediation Report regarding settlement [25] filed April 26, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for June 13 ,2022 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

   IT IS SO ORDERED.

MINUTES FORM 90                                                  Initials of Deputy Clerk   rs
CIVIL - GEN