```
 1  SHARON S. MEQUET, Bar No. 150331
    smequet@littler.com
 2  LITTLER MENDELSON, P.C.
    18565 Jamboree Road
 3  Suite 800
    Irvine, CA  92612
 4  Telephone:  949.705.3071

 5  Attorneys for Defendant
    GEODIS LOGISTICS, LLC
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
```

| KIMBERLY E. REYES, an individual, | Case No. 5:21-cv-01787-MWF(SHKx) |
|---|---|
| Plaintiff, | **JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| v. | |
| GEODIS LOGISTICS LLC, a Tennessee limited liability company; and DOES 1 through 100, inclusive, | [PROPOSED] ORDER Filed Under Separate Cover |
| Defendants. | |

JOINT STIPULATION REQUESTING DISMISSAL WITH PREJUDICE

1.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Kimberly E. Reyes and Defendant Geodis Logistics, LLC., by and through their undersigned counsel of record, that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice, with each party to bear her or its own fees and costs.

**IT IS SO STIPULATED.**

Respectfully submitted,

Date: May 10, 2022          RICARDO LOPEZ LAW P.C.

By: */s/ Ricardo Lopez*
    Ricardo Lopez
    Attorneys for Plaintiff Kimberly E. Reyes

Date: May 10, 2022          LITTLER MENDELSON, P.C.

By: */s/ Sharon S. Mequet*
    Sharon S. Mequet
    Attorneys for Defendant Geodis Logistics, LLC

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Plaintiff and that I have obtained their authorization to affix their electronic signature to this document.

Dated: May 10, 2022          */s/ Sharon S. Mequet*
                              SHARON S. MEQUET
                              LITTLER MENDELSON, P.C.
                              Attorneys for Defendant

4879-6090-6014.1 / 107291-1007

JOINT STIPULATION REQUESTING          2.
DISMISSAL WITH PREJUDICE