JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KIMBERLY E. REYES, an individual,

Plaintiff,

v.

GEODIS LOGISTICS LLC, a Tennessee limited liability company; and DOES 1 through 100, inclusive,

Defendants.

Case No. EDCV 21-1787 MWF (SHKx)

**ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY ORDERED that, pursuant to the Joint Stipulation Requesting Voluntary Dismissal With Prejudice filed by Plaintiff and Defendant, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear her or its own fees and costs.

**IT IS SO ORDERED.**

Dated:  May 10, 2022

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE